UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WESLEY ALAN JONES

    Plaintiff,

v.                                  Case No. 3:18-cv-1284-J-20MCR

JEFF SIEGMEISTER,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff Jones' "Affidavit of Notice" (Dkt. 9). The above-captioned matter was dismissed on October 16, 2019 (Dkt. 8) for want of prosecution. The case is closed. Therefore, the Plaintiff's Notice (Dkt. 9) will not be considered.

DONE and ORDERED at Jacksonville, Florida, this 23rd day of December, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Wesley Alan Jones, *Pro Se*